# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ALSTON KING,**                                                        **PETITIONER**

**V.**                                                      **NO. 4:05CV280-P-B**

**WARDEN PARKER, et al.,**                              **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 21st day of September, 2006.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE